Benjamin Wright #027003
Wright Law Offices, PLC
2999 N. 44th Street, Ste 250
Phoenix, AZ  85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>JONATHAN D. CORMIER,<br><br><br><br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No.  2:23-bk-04621-BKM<br><br><br>NOTICE OF LODGING ORDER APPROVING ATTORNEY FEES IN A DISMISSED CASE |

  Pursuant to Local Bankruptcy Rule 9022-1 (c), Debtor, through undersigned counsel, hereby provides this notice that on January 30, 2024, the attached Order Approving Attorney Fees and Expenses was lodged with the Court.


January 30, 2024      /s/ Benjamin Wright
Dated           Benjamin Wright
             Attorney for Debtor




Original filed ECF and copy mailed/emailed
on January 30, 2024, to:

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ  85003

Edward J. Maney
Chapter 13 Trustee
101 N. First Avenue, Ste 1775
Phoenix, AZ 85003

Josephine 1 Salmon
Aldridge Pite, LLP
8880 Rio San Diego Drive, Ste 725
San Diego, CA 92108

All parties contained in the attached
mailing list not identified above.

By /s/Veronica Contreras